OHIO OFFICE OF COLLECTIVE BARGAINING ET AL., APPELLEES,
*v.* OHIO CIVIL SERVICE EMPLOYEES ASSOCIATION, LOCAL
11, AFSCME, AFL–CIO, APPELLANT.

[Cite as *Ohio Office of Collective Bargaining v. Ohio Civ. Serv. Emp. Assn., Local 11, AFSCME, AFL–CIO* (1993), 66 Ohio St.3d 194.]

(No. 92–948—Submitted April 7, 1993—Decided May 12, 1993.)

---

*Lee I. Fisher*, Attorney General, and *Jack W. Decker*, Assistant Attorney General, for appellees.

*Linda K. Fiely*, for appellant.

*Lucas, Prendergast, Albright, Gibson & Newman* and *Rankin M. Gibson*, urging reversal for *amicus curiae*, Attorneys for Ohio Association of Public School Employees, AFSCME, AFL–CIO.

*Paul L. Cox*, urging reversal for *amicus curiae*, Fraternal Order of Police of Ohio, Inc.

*Cloppert, Portman, Sauter, Latanick & Foley* and *Robert W. Sauter*, urging reversal for *amicus curiae*, Ohio Public Employees Lawyers Association.

---

This cause is reversed on authority of *Queen City Lodge No. 69, Fraternal Order of Police, Hamilton Cty., Ohio, Inc. v. Cincinnati* (1992), 63 Ohio St.3d 403, 588 N.E.2d 802.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.